# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2012

144957-8

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE BRUNO, MINORS.

SC: 144957-8
COA: 305539; 305540
Macomb CC Family Div:
2008-000786-NA, 2008-000787-NA,
2011-000010-NA, 2011-000011-NA

_____/

On order of the Court, the application for leave to appeal the March 22, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2012

Clerk

p0508